IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STANFORD DOUGLAS,<br><br>　　　　Defendant. | No. 06-CR-4091-DEO<br><br>ORDER REGARDING REPORT AND RECOMMENDATION CONCERNING GUILTY PLEA<br>**AND**<br>SCHEDULING SENTENCING HEARING |

## I.　INTRODUCTION AND BACKGROUND

On November 16, 2006, a 3 Count Superseding Indictment (Docket No. 17) was returned against defendant Stanford Douglas.

Count 1 of that Superseding Indictment charges that from about June 2005 through August 2006, in the Northern District of Iowa and elsewhere, the defendant, Stanford Douglas, did knowingly and unlawfully combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to distribute 50 grams or more of cocaine base, commonly called "crack cocaine", a Schedule II controlled substance, within 1,000 feet of the property comprising a public playground or school, that is, Children's Park and Smith Elementary School, in Sioux City, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 846 and 860(a).

Count 2 of the Superseding Indictment charges that on or about December 20, 2005, in the Northern District of Iowa, the defendant, Stanford Douglas, did knowingly and intentionally distribute cocaine base, commonly called "crack cocaine", a Schedule II controlled substance, within 1,000 feet of the property comprising a public playground or school, that is, Children's Park and Smith Elementary School in Sioux City, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

Count 3 of the Superseding Indictment charges that on or about December 27, 2005, in the Northern District of Iowa, the defendant, Stanford Douglas, did knowingly and intentionally distribute cocaine base, commonly called "crack cocaine", a Schedule II controlled substance, within 1,000 feet of the property comprising a public playground or school, that is, Children's Park and Smith Elementary School in Sioux City, Iowa.

This was in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 860(a).

On March 26, 2007, defendant Stanford Douglas appeared before United States Chief Magistrate Judge Paul A. Zoss and entered a plea of guilty to Counts 1, 2, and 3 of the Superseding Indictment. On the same date, United States Chief Magistrate Judge Zoss filed a Report and Recommendation (Docket No. 35) in which he recommends that defendant Stanford Douglas' guilty plea be accepted. No objections the Report and Recommendation were filed. The Court, therefore, undertakes the necessary review of the recommendation to accept defendant Stanford Douglas' plea in this case.

## II.  ANALYSIS

### A.  Standard of Review

Pursuant to statue, this Court's standard of review for a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made. A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate [judge].

28 U.S.C. § 636(b)(1). Similarly, Federal Rule of Civil

Procedure 72(b) provides for review of a magistrate judge's Report and Recommendation on dispositive motions and prisoner petitions, where objections are made as follows:

> The district judge to whom the case is assigned shall make a de novo determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made in accordance with this rule. The district judge may accept, reject, or modify the recommendation decision, receive further evidence, or recommit the matter to the magistrate judge with instructions.

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that the this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 35), and accepts defendant Stanford Douglas' plea of guilty in this case to Counts 1, 2, and 3 of the Superseding Indictment filed on November 16, 2006 (Docket No. 17).

**IT IS FURTHER HEREBY ORDERED** that this matter shall come

4

before this Court for a sentencing hearing on **Wednesday, June 13, 2007, at 2:30 p.m.**

    **IT IS SO ORDERED** this 3rd day of May, 2007.

                                        */s/ Donald E. O'Brien*
                                        Donald E. O'Brien, Senior Judge
                                        United States District Court
                                        Northern District of Iowa